UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Handsome P. Parker,

                Plaintiff,

Case No. 20-cv-2244-PJS-KMM

v.

ORDER

Yankton Camp, et al.,

                Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated December 7, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that this matter is **TRANSFERRED** to the United States District Court for the District of South Dakota pursuant to 28 U.S.C. § 1406.

**Let Judgment Be Entered Accordingly.**

Date: 12/30/20

                                              PATRICK J. SCHILTZ
                                              United States District Court Judge